

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ARTHUR SHIEF                                                CIVIL ACTION

VERSUS                                                      NO. 05-1613

ORLEANS PROBATION & PAROLE,  ET AL.                         SECTION: "J"(5)


## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and the failure of petitioner to file any objections to the

Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report

and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of Arthur Shief is

**DISMISSED** without prejudice for want of jurisdiction.

New Orleans, Louisiana, this 28 day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____